UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

AUDREY MAY TALBOT,

                              Plaintiff,

           -against-

HENDRICH STEPHENSON and NOVLETTE
STEPHENSON,

                            Defendants.
------------------------------------------------------------X

25-CV-04162 (SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/4/2025

**SARAH NETBURN, United States Magistrate Judge:**

      Pursuant to the Civil Case Management Plan & Scheduling Order (ECF No. 19), the parties were instructed to file a joint letter informing the Court about the status of discovery in this case. The parties failed to comply with this deadline and are ORDERED to file a joint status letter by no later than Monday, November 10, 2025.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    November 4, 2025
               New York, New York