UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

AUDREY MAY TALBOT,

                              Plaintiff,                                    25-CV-04162 (SN)

              -against-                                                   __ORDER OF DISMISSAL__

HENDRICH STEPHENSON and NOVLETTE
STEPHENSON,

                              Defendants.

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

The Court was informed that the court-ordered mediation in this case was successful, and

an agreement was reached on all issues. Accordingly, it is ORDERED that this action is

dismissed with prejudice, provided, however, that within 30 days of the date of this Order,

counsel for the Plaintiff may apply by letter to restore this action to this Court's docket, in which

event the action will be restored. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:        December 4, 2025
              New York, New York